425 A.2d 743

**COMMONWEALTH of Pennsylvania**

v.

**David BALLOD, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1981.

Decided Feb. 27, 1981.

Benjamin Paul, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., James Jordan, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Judgments of Sentence of the Court of Common Pleas of Philadelphia are affirmed.